UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEBRIC BROUSSARD                                         CIVIL ACTION

VERSUS                                                   NO. 25-2132

WASTE PRO USA, INC., ET AL.
                                                         SECTION "R" (5)

## ORDER

The record does not reflect proof of service as to defendants, Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., Total Waste Solutions, LLC, Michael Scioneaux, and John Clemon.

Accordingly,

IT IS ORDERED that plaintiff shall file proof of service in accordance with Rule 4(l) of the Federal Rules of Civil Procedure on or before February 5, 2026. Failure to effectuate service in accordance with Rule 4 will result in the dismissal of the unserved defendants as set forth in Rule 4(m) and without further notice.

New Orleans, Louisiana, this  9th  day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE