UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEBRIC BROUSSARD                                                           CIVIL ACTION

VERSUS                                                                            NO. 25-2132

WASTE PRO USA, INC., ET AL.                                           SECTION "R"

## ORDER DISMISSING CASE

On January 9, 2026, the Court issued an order[1] directing plaintiff to show good cause, in writing, on or before February 5, 2026, why the defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., Total Waste Solutions, LLC, Michael Scioneaux, and John Clemon should not be dismissed for failure to serve in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

As of this date, the record does not reflect a response to the Court's order and service upon the defendant has not been perfected.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby DISMISSED without prejudice for failure to comply with this Court's order.

New Orleans, Louisiana this __9th__ day of February, 2026.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 5.